1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE CORONA-CEBALLOS

**FILED**

FEB 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:09-CR-00377 AWI |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR DISMISSAL OF INDICTMENT WITH PREJUDICE |
| v. | ) |
| JOSE CORONA-CEBALLOS, | ) Date: February 16, 2010 |
| Defendant. | ) Time: 9:00 am |
|  | ) Judge: Anthony W. Ishii |

Pursuant to the motion by Defendant, IT IS HEREBY ORDERED that the Indictment filed against JOSE CORONA-CEBALLOS be dismissed with prejudice in the interest of justice.

DATED: February 16, 2010

_____
ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

Corona-Ceballos - Defendant's Renewed Motion
to Dismiss and [Proposed] Order                    4